SULLIVAN HILL LEWIN REZ & ENGEL
A Professional Law Corporation
Donald G. Rez, SBN 82615
550 West C Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

TRASK BRITT, PC
Edgar R. Cataxinos
H. Dickson Burton
Allen C. Turner
Brandon S. Mecham
Andrew A. Hufford
230 South 500 East, Suite 300
Salt Lake City, Utah 84102
Telephone: (801) 532-1922

Attorneys for Plaintiff ViroNovative, B.V.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRONOVATIVE B.V., a Dutch Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>GENMARK DIAGNOSTICS, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 15-0021-DMS-JMA<br><br>**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT GENMARK DIAGNOSTICS, INC. PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>**Judge: Hon. Dana M. Sabraw** |

TO: ALL INTERESTED PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff ViroNovative B.V. hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant GenMark Diagnostics, Inc.

| | | |
|---|---|---|
| 1 | Dated:       March **30**, 2015 | SULLIVAN, HILL, LEWIN, REZ & ENGEL |
| 2 | | |
| 3 | | |
| 4 | | By *s/ Donald G. Rez* |
| 5 | | Donald G. Rez<br>Attorneys for Plaintiff<br>ViroNovative, B.V.<br>E-mail: rez@sullivanhill.com |